AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| U Investments, LLC d/b/a Brazos Licensing and Develop | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 6:20-cv-00923 |
| NEC Corporation | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU Investments, LLC d/b/a Brazos Licensing and Development.

Date: 10/07/2020

/s/ Isaac Rabicoff
*Attorney's signature*

Isaac Rabicoff
*Printed name and bar number*

Rabicoff Law LLC
73 W Monroe St.
Chicago, IL 60603

*Address*

isaac@rabilaw.com
*E-mail address*

(773) 669-4590
*Telephone number*

*FAX number*