# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,** <br><br> Plaintiff, <br><br> v. <br><br> **NEC Corporation,** <br><br> Defendant. | Case No. 6:20-cv-00923 <br><br> Patent Case <br><br> Jury Trial Demanded |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: October 7, 2020            Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
**Rabicoff Law LLC**
5680 King Centre Dr, Suite 645
Alexandria, VA 22315
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**WSOU Investments, LLC d/b/a Brazos Licensing and Development**

**CERTIFICATE OF SERVICE**

1

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on October 7, 2020, via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff
