# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **TERRESTRIAL COMMS LLC**, <br><br> *Plaintiff*, <br><br> v. <br><br> **NEC CORPORATION,** <br><br> *Defendants*. | Civil Action No. 6:20-cv-00096-ADA <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant NEC CORPORATION files this Notice of Appearance of Counsel and hereby notifies the Court that Michael E. Jones of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant NEC CORPORATION. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: April 28, 2020

Respectfully submitted,

By: */s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEY FOR NEC CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 28, 2020, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

*/s/ Michael E. Jones*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **TERRESTRIAL COMMS LLC**, *Plaintiff*, v. **NEC CORPORATION,** *Defendants*. | Civil Action No. 6:20-cv-0096[ADA] <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant NEC CORPORATION files this Notice of Appearance of Counsel and hereby notifies the Court that Brian Paul Gearing of the law firm Crowell & Moring LLP, 590 Madison Avenue, 20th Floor, New York, New York 10022 is appearing as counsel for Defendant NEC CORPORATION. Counsel is filing this notice to appear for the limited purpose of challenging jurisdiction as to NEC CORPORATION. In the event that service of process is properly effectuated on NEC CORPORATION, counsel respectfully submits that such appearance should be deemed at that time to be a general appearance for purposes of this action. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: April 29, 2020

Respectfully submitted,

By: */s/ Brian Paul Gearing*
Brian Paul Gearing
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Tel: 212-895-4325
Fax: 212-223-4134
bgearing@crowell.com

**ATTORNEY FOR NEC CORPORATION**

{A07/10596/0002/W1670986.1 }

## CERTIFICATE OF SERVICE

  The undersigned certifies that on April 29, 2020, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

                     */s/ Brian Paul Gearing*