# EXHIBIT B





# Franchise Tax Account Status

As of : 11/27/2020 10:32:14

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| NEC CORPORATION OF AMERICA | |
|---|---|
| Texas Taxpayer Number | 12006653377 |
| Mailing Address | 3929 W JOHN CARPENTER FWY IRVING, TX 75063-2909 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | NV |
| Effective SOS Registration Date | 03/22/2004 |
| Texas SOS File Number | 0800319704 |
| Registered Agent Name | NATIONAL REGISTERED AGENTS, INC. |
| Registered Office Street Address | 1999 BRYAN ST., STE. 900 DALLAS, TX 75201 |