IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>NEC CORPORATION,<br><br>Defendant. | Case No. 6:20-cv-00923-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE ON DEFENDANT

Before the Court is Plaintiff's Motion for Leave to Effect Alternative Service on Defendant NEC Corporation. After considering Plaintiff's Motion and supporting evidence, the Court finds that Plaintiff's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff may serve Defendant via email upon its recent U.S. counsel Mr. Michael E. Jones, mikejones@potterminton.com and Mr. Brian Paul Gearing, bgearing@crowell.com and via registered mail carrier with return receipt upon Defendant's U.S. subsidiary NEC Corporation of America located at 3929 W John Carpenter FWY, Irving, TX 75063-2909.

2

SIGNED this _____ day of _____, 2020.

                                                                                                                               HON. ALAN D ALBRIGHT
                                                                                                                              UNITED STATES DISTRICT JUDGE