#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF TEXAS
#### WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00923-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00924-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00925-ADA |
| | § | CIVIL ACTION 6:20-cv-00926-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00927-ADA |
| | § | |
| NEC CORPORATION, | § | |
| *Defendant.* | § | |
| | § | |

### PLAINTIFF'S (OPPOSED) MOTION TO STRIKE DEFENDANT'S OPENING CLAIM CONSTRUCTION SUBMISSION

Plaintiff WSOU Investments, LLC ("WSOU") files this Motion to Strike NEC Corporation's ("NEC") opening claim construction brief and attachments. NEC's counsel has indicated that NEC opposes this Motion.

On September 10, 2021, NEC filed its opening claim construction brief pursuant to the scheduling order. ECF No. 29. The opening brief itself addressed 16 claim terms, in accordance with the Court's September 1, 2021 instructions. As part of its opening brief submission, however, NEC filed an approximately 30-page supplemental brief as Appendix A (ECF No. 29-19) and a supporting declaration as Appendix B (ECF No. 29-19), which, contrary to the Court's instructions, included additional briefing and alleged expert opinions on 24 additional claim terms that were not addressed in NEC's opening brief. WSOU objected to NEC's violation of the Court's order and the parties jointly approached the Court to resolve the dispute.

On September 22, 2021, the Court determined that NEC's tactic was improper, indicated that "the Court will STRIKE Dkt. No. 29 for each of the cases in its entirety," and "ORDERED [NEC] to submit a new brief addressing all 14 agreed means-plus-function terms, along with 4

1

additional terms." The Court also instructed WSOU "to file a Motion to Strike, including a Proposed Order."

Therefore, WSOU respectfully requests the Court enter the proposed order, attached hereto as Exhibit A, striking NEC's entire opening claim construction submission (ECF No. 29) for violating the Court's September 1, 2021 order.

DATED: September 23, 2020

Respectfully submitted,

By: */s/ Mark D. Siegmund*_____

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Pro hac vice forthcoming)
tnguyen@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Pro hac vice forthcoming)
pwilliams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Mark D. Siegmund

State Bar No. 24117055  
mark@waltfairpllc.com  
**Law Firm of Walt, Fair PLLC.**  
1508 North Valley Mills Drive  
Waco, Texas 76710  
Telephone: (254) 772-6400  
Facsimile: (254) 772-6432  

*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Mark D. Siegmund*  
Mark D. Siegmund