IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00923-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00924-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00925-ADA |
| | § | CIVIL ACTION 6:20-cv-00926-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00927-ADA |
| | § | |
| NEC CORPORATION, | § | |
| *Defendant.* | § | |
| | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE

Before the Court is Plaintiff WSOU Investments, LLC's Motion to Strike Defendant NEC Corporation's opening claim construction brief submission. After reviewing the parties' positions, case file, and the applicable law, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Strike is GRANTED, and the entirety of NEC's opening claim construction brief submission (ECF No. 29) is STRICKEN from the record.

**SIGNED** this 23rd day of September 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE