## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00923-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00924-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00925-ADA |
| | § | CIVIL ACTION 6:20-cv-00926-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00927-ADA |
| | § | |
| NEC CORPORATION, | § | |
| *Defendant.* | § | |
| | § | |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant NEC Corporation ("NEC") by and through their undersigned counsel, file this Joint Notice of Settlement and Motion to Stay All Deadlines.

All matters in controversy between WSOU and NEC in the above-captioned cases have been settled, in principle, and the parties are in the process of finalizing a written settlement agreement.

The parties expect to file dismissal papers within thirty (30) days.

In light of this settlement and impending dismissal, WSOU and NEC respectfully request the Court stay all impending deadlines until November 15, 2021.

Dated: October 15, 2021

By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)

RESPECTFULLY SUBMITTED,

By: */s/ Hilda C. Galvan*
    Hilda C. Galvan
    Lead Attorney

jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Hershy Stern (NY Bar No. 4631024)
hstern@kasowitz.com
(*Pro hac vice* admission)
Joshua A. Whitehill (NY Bar No. 4766473)
jwhitehill@kasowitz.com
(*Pro hac vice* admission)
Bradley P. Lerman (NY Bar No. 4906079)
blerman@kasowitz.com
(*Pro hac vice* admission)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone:  (254) 772-6400
Facsimile:   (254) 772-6432

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND
DEVELOPMENT**

Texas State Bar No. 00787512
hcgalvan@jonesday.com
Keith B. Davis
Texas State Bar No. 24037895
kbdavis@jonesday.com
**JONES DAY**
2727 N. Harwood Street, Suite 500
Dallas, TX 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

Maxwell A. Fox
**JONES DAY**
mfox@jonesday.com
Okura Prestige Tower 2-10-4 Toranomon
Minato-ku, Tokyo 105-0001, Japan
Telephone:  813.6800.1876
Facsimile: 81.3.5570.1520

Stuart Wesley Yothers
syothers@jonesday.com
**JONES DAY**
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3893
Facsimile: (212) 755-7306

**ATTORNEYS FOR DEFENDANT
NEC CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>  */s/ Jonathan K. Waldrop*
>  **Jonathan K. Waldrop**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A § <br> BRAZOS LICENSING AND § <br> DEVELOPMENT, § <br>     *Plaintiff*, § <br> § <br> v. § <br> § <br> NEC CORPORATION, § <br>     *Defendant.* § <br> § | **CIVIL ACTION 6:20-cv-00923-ADA** <br> **CIVIL ACTION 6:20-cv-00924-ADA** <br> **CIVIL ACTION 6:20-cv-00925-ADA** <br> **CIVIL ACTION 6:20-cv-00926-ADA** <br> **CIVIL ACTION 6:20-cv-00927-ADA** |

## ORDER

Before the Court is Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant NEC Corporation's ("NEC") Joint Notice of Settlement and Motion to Stay all Deadlines.

Having fully considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**. It is therefore **ORDERED** that all unreached case deadlines for the litigations referenced above are hereby stayed until November 15, 2021 to allow the parties to finalize and execute a formal settlement agreement, and to submit appropriate dismissal papers.

**SO ORDERED**.