IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>   *Plaintiff*, <br><br>v.<br><br>NEC CORPORATION,<br>   *Defendant*. | § § § § § § § § § § § | **CIVIL ACTION 6:20-cv-00923-ADA**<br>**CIVIL ACTION 6:20-cv-00924-ADA**<br>**CIVIL ACTION 6:20-cv-00925-ADA**<br>**CIVIL ACTION 6:20-cv-00926-ADA**<br>**CIVIL ACTION 6:20-cv-00927-ADA** |

## JOINT MOTION TO EXTEND STAY OF ALL DEADLINES

On October 20, 2021, the Court granted Plaintiff WSOU Investments, LLC's d/b/a Brazos Licensing and Development ("WSOU") and Defendant NEC Corporation's ("NEC") Joint Motion to Stay All Deadlines until November 15, 2021.

All matters in controversy between WSOU and NEC in the above-captioned cases have been settled, in principle, and the parties are in the process of finalizing a written settlement agreement.

The parties have been working together to complete certain tax-related matters and other elections such that a final agreement can be signed and expect to file dismissal papers within an additional thirty (30) days.

In light of the settlement and impending dismissal, WSOU and NEC respectfully request the Court extend the stay of all impending deadlines until December 15, 2021.

Dated: November 9, 2021

By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    Jack Shaw (CA Bar No. 309382)
    (Admitted in this District)
    jshaw@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5171

    Hershy Stern (NY Bar No. 4631024)
    hstern@kasowitz.com
    (*Pro hac vice* admission)
    Joshua A. Whitehill (NY Bar No. 4766473)
    jwhitehill@kasowitz.com
    (*Pro hac vice* admission)
    Bradley P. Lerman (NY Bar No. 4906079)
    blerman@kasowitz.com
    (*Pro hac vice* admission)
    **KASOWITZ BENSON TORRES LLP**
    1633 Broadway
    New York, NY 10019
    Telephone: (212) 506-1700
    Facsimile: (212) 506-1800

    Mark D. Siegmund (TX Bar No. 24117055)
    mark@waltfairpllc.com
    **LAW FIRM OF WALT FAIR, PLLC**
    1508 N. Valley Mills Drive
    Waco, TX 76710
    Telephone: (254) 772-6400
    Facsimile: (254) 772-6432

    **ATTORNEYS FOR PLAINTIFF**
    **WSOU INVESTMENTS, LLC**
    **d/b/a BRAZOS LICENSING AND**
    **DEVELOPMENT**

RESPECTFULLY SUBMITTED,

By: */s/ Keith B. Davis*
    Hilda C. Galvan
    Lead Attorney
    Texas State Bar No. 00787512
    hcgalvan@jonesday.com
    Keith B. Davis
    Texas State Bar No. 24037895
    kbdavis@jonesday.com
    **JONES DAY**
    2727 N. Harwood Street, Suite 500
    Dallas, TX 75201-1515
    Telephone: (214) 220-3939
    Facsimile: (214) 969-5100

    Maxwell A. Fox
    **JONES DAY**
    mfox@jonesday.com
    Okura Prestige Tower 2-10-4 Toranomon
    Minato-ku, Tokyo 105-0001, Japan
    Telephone: 813.6800.1876
    Facsimile: 81.3.5570.1520

    Stuart Wesley Yothers
    syothers@jonesday.com
    **JONES DAY**
    250 Vesey Street
    New York, NY 10281
    Telephone: (212) 326-3893
    Facsimile: (212) 755-7306

    **ATTORNEYS FOR DEFENDANT**
    **NEC CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>   */s/ Keith B. Davis*
>   Keith B. Davis