IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>    *Plaintiff*,<br><br>v.<br><br>NEC CORPORATION,<br>    *Defendant.* | § § § § § § § § § § § | CIVIL ACTION 6:20-cv-00923-ADA<br>CIVIL ACTION 6:20-cv-00924-ADA<br>CIVIL ACTION 6:20-cv-00925-ADA<br>CIVIL ACTION 6:20-cv-00926-ADA<br>CIVIL ACTION 6:20-cv-00927-ADA |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of a separate agreement between the parties, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant NEC Corporation ("NEC") hereby stipulate that they have settled this action and that WSOU's claims against NEC in this action are hereby dismissed with prejudice. The parties agree that each party shall bear its own costs, expenses, and attorneys' fees.

Dated:  December 15, 2021

By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)

RESPECTFULLY SUBMITTED,

By: */s/ Stuart Wesley Yothers*
    Hilda C. Galvan
    Lead Attorney
    Texas State Bar No. 00787512
    hcgalvan@jonesday.com
    Keith B. Davis
    Texas State Bar No. 24037895
    kbdavis@jonesday.com

(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Hershy Stern (NY Bar No. 4631024)
hstern@kasowitz.com
(*Pro hac vice* admission)
Joshua A. Whitehill (NY Bar No. 4766473)
jwhitehill@kasowitz.com
(*Pro hac vice* admission)
Bradley P. Lerman (NY Bar No. 4906079)
blerman@kasowitz.com
(*Pro hac vice* admission)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY, PLLC**
8416 Old McGregor Rd.
Waco, TX 76712
Telephone:  (254) 651-3690
Facsimile:   (254) 651-3689

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND DEVELOPMENT**

**JONES DAY**
2727 N. Harwood Street, Suite 500
Dallas, TX 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

Stuart Wesley Yothers
syothers@jonesday.com
**JONES DAY**
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3893
Facsimile: (212) 755-7306

**ATTORNEYS FOR DEFENDANT
NEC CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jonathan K. Waldrop*
**Jonathan K. Waldrop**
